**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO.:  8:11-cv-02446-VMC-AEP

KENDRICK E. DULDULAO,

      Plaintiff,

vs.

TARGET CORPORATION, a Minnesota corporation,
d/b/a TARGET(TAMPA CENTRAL WALTER'S
CROSSING), d/b/a TARGET STORE T 2040, et al.,

      Defendants.

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT**
**INLAND WESTERN TAMPA WALTERS, LLC.**

    Plaintiff,  KENDRICK  E.  DULDULAO  and  Defendant,  INLAND  WESTERN  TAMPA

WALTERS, LLC., by and through their undersigned respective counsel, hereby notify the Court

that settlement has been reached in the above styled case as to Defendant Inland Western Tampa

Walters, LLC.  The Settlement Agreement is being drafted and will be circulated for signatures.

A Stipulation of Dismissal With Prejudice will be filed with the Court shortly hereafter.

Respectfully submitted,

By: s/ B. Bradley Weitz_____        By: s/ Brian C. Blair_____
    B. Bradley Weitz, Esq.                      Brian C. Blair, Esq.
    Florida Bar No. 479365                  Florida Bar No. 0973084
    THE WEITZ LAW FIRM, P.A.           BAKER & HOSTETLER, LLP
    Attorney for Plaintiff                    SunTrust Center, Suite 2300
    Bank of America Building              200 South Orange Avenue
    18305 Biscayne Blvd., Suite 214      Post Office Box 112
    Aventura, Florida 33160              Orlando, Florida 32802-0112
    Telephone:  (305) 949-7777          Telephone:  (407) 649-4000
    Facsimile:  (305) 704-3877           Facsimile:  (407) 841-0168
    Email:  bbw@weitzfirm.com          Email: bblair@bakerlaw.com
                                      Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO.:  8:11-cv-02446-VMC-AEP

KENDRICK E. DULDULAO,

     Plaintiff,

vs.

TARGET CORPORATION, a Minnesota corporation,
d/b/a TARGET(TAMPA CENTRAL WALTER'S
CROSSING), d/b/a TARGET STORE T 2040, et al.,

     Defendants.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:   (305) 704-3877
    Email: bbw@weitzfirm.com

## <u>SERVICE LIST</u>

Kendrick E. Duldulao vs. Target Corporation, d/b/a Target Store T 2040, et al.,
CASE NO.: 8:11-cv-02446-VMC-AEP
United States District Court, Middle District Of Florida
Tampa Division


**Thomas B. Acuff, Esq.**
**HILL WARD HENDERSON, PA**
101 E. Kennedy Blvd - Suite 3700
P.O. Box 2231
Tampa, Florida 33601-2231
Telephone:  (813) 222-3144
Facsimile:   (813) 221-2900
E-mail: bacuff@hwhlaw.com
*Attorney for Defendant*
*Target Corporation*
**ELECTRONIC SERVICE**


**Brian C. Blair, Esq.**
**BAKER & HOSTETLER, LLP**
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: 407-649-4050
Facsimile:  407-841-0168
Email: bblair@bakerlaw.com
Attorney for Defendant
Inland Western Tampa Walters, LLC
**ELECTRONIC NOTICE**