UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-02446-VMC-AEP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

TARGET CORPORATION, a Minnesota corporation,
d/b/a TARGET(TAMPA CENTRAL WALTER'S
CROSSING), d/b/a TARGET STORE T 2040, et al.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff KENDRICK E. DULDULAO and Defendant TARGET CORPORATION, a Minnesota corporation, d/b/a TARGET(TAMPA CENTRAL WALTER'S CROSSING), d/b/a TARGET STORE T 2040, by and through their undersigned respective counsel, and hereby notify this Honorable Court that settlement has been reached in the above-styled case among the aforementioned parties and, as part of said settlement, the entire action shall subsequently be dismissed with prejudice against TARGET CORPORATION, a Minnesota corporation, d/b/a TARGET(TAMPA CENTRAL WALTER'S CROSSING), d/b/a TARGET STORE T 2040. The parties are currently circulating the settlement agreement, and shall file a Stipulation of Dismissal With Prejudice shortly thereafter.

Dated: February 21, 2013

Respectfully submitted,

| | |
|---|---|
| s/B. Bradley Weitz | s/John Rocco Cafaro |
| **B. Bradley Weitz, Esq.** | John Rocco Cafaro, Esq. |
| Florida Bar No. 479365 | HILL WARD HENDERSON, PA |
| E-mail:  bbw@weitzfirm.com | 101 E. Kennedy Blvd. - Suite 3700 |
| THE WEITZ LAW FIRM, P.A. | P.O. Box 2231 |
| 18305 Biscayne Blvd., Suite 214 | Tampa, Florida  33601-2231 |
| Aventura, FL 33160 | Telephone:  (813) 222-3144 |
| Telephone:  (305) 949-7777 | Facsimile:   (813) 221-2900 |
| Facsimile:   (305) 704-3877 | E-mail: bacuff@hwhlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| | *Target Corporation* |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                                            s/B. Bradley Weitz
                                                           B. Bradley Weitz, Esq.
                                                           Florida Bar No. 479365
                                                           E-mail: bbw@weitzfirm.com
                                                           THE WEITZ LAW FIRM, P.A.
                                                           18305 Biscayne Blvd., Suite 214
                                                           Aventura, FL 33160
                                                           Telephone: (305) 949-7777
                                                           Facsimile:  (305) 704-3877
                                                           *Attorneys for Plaintiff Kendrick E. Duldulao*