UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KENDRICK E. DULDULAO,**
        Plaintiff,

v.                               Case No. 8:11-cv-02446-VMC-AEP

**TARGET CORPORATION, a Minnesota
corporation, d/b/a TARGET (TAMPA
CENTRAL WALTER'S CROSSING),
d/b/a TARGET STORE T2040, and
INLAND WESTERN TAMPA WALTERS, LLC,**
a Delaware limited liability company,
        Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action **with prejudice** as to INLAND WESTERN TAMPA WALTERS, LLC, and each party shall bear its respective fees and costs.

Dated:  April 11, 2013.

                                            Respectfully submitted,

                                            /s/ B. Bradley Weitz, Esq.
                                            B. Bradley Weitz, Esq.
                                            Florida Bar No. 479365
                                            **THE WEITZ LAW FIRM, P.A.**
                                            Bank of America Building
                                            18305 Biscayne, Blvd., Suite 214
                                            Aventura, Florida 33160
                                            Telephone:  305-949-7777
                                            Facsimile:  305-704-3877
                                            Email:  bbw@weitzfirm.com
                                            *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing has been filed electronically using this Court's ECF system on April 11, 2013, which will serve an electronic copy to:

B. Bradley Weitz
The Weitz Law Firm, P.S.
18305 Biscayne Blvd, Suite 214
Aventura, FL 33160
Email: bbw@weitzfirm.com

John Rocco Cafaro
Thomas Bennett Acuff
Hill Ward Henderson, PA
101 E. Kennedy Blvd, Suite 3700
P.O. Box 2231
Tampa, FL 33602
Email: rcafaro@hwhlaw.com
       bacuff@hwhlaw.com

Brian C. Blair
Baker & Hostetler, LLP
200 S. Orange Ave. Suite 2300
Orlando, FL 32801
Email: bblair@bakerlaw.com

                            /s/ B. Bradley Weitz, Esq.


                            /s/ B. Bradley Weitz, Esq.
                            B. Bradley Weitz, Esq.